

# Fourth Court of Appeals
## San Antonio, Texas

June 9, 2016

No. 04-16-00194-CV

Jose **PEREZ,** Jr.,
Appellant

v.

Salud **CAZARES**,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 3287CCL
Honorable Robert Cadena, Judge Presiding

## O R D E R

On May 23, 2016, because no contests were filed by the district clerk or court reporter in response to our order rendered May 4, 2016, we issued an order, stating appellant would be considered indigent for the purposes of this appeal.  We also ordered the district clerk to file the clerk's record and the court reporter to file the reporter's record in this court by June 22, 2016. On May 26, 2016, appellant filed the following three motions:

(1) Petitioner's Motion for Trial Court to Have the Appellate Record Furnished Without Charge;
(2) Appellant's Motion Requesting for a Court Order Directing TDCJ Authorities to Furnish Copies at State's Expense; and
(3) Motion Requesting Waiver of Process.

In these motions, appellant essentially requests that copies of the clerk's and reporter's record be furnished without costs to him.  Because our ordered rendered May 23, 2016 establishes appellant will be considered indigent for purposes of this appeal and orders the district clerk and court reporter to file their respective records without costs to appellant, we **DENY** the motions filed on May 26, 2016 by appellant as moot.

We **order** the clerk of this court to serve a copy of this order on the district clerk, the court reporter, appellant, and all counsel.

_____
Marialyn Barnard, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of June, 2016.



_____
Keith E. Hottle
Clerk of Court